UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
ATTORNEY JOHN ROBERT BEASON, III            Case No. 1:25-mc-0028

_____/

**ORDER OF SUSPENSION**

This matter is before the undersigned three-judge panel to address serious allegations of professional and ethical misconduct on the part of Attorney John Robert Beason, III.  (Admin. Order No. 25-AD-017).  The panel was charged with determining Mr. Beason's suitability for continued admission in the Western District of Michigan.

On March 6, 2025, the undersigned panel ordered Mr. Beason to respond within thirty days of that date to the allegations of professional and ethical misconduct, specifically ordering him to provide certain information and documents relevant to the Court's consideration of this matter.  (ECF No. 2).  The March 6 Order listed eleven distinct topics or categories of information and documentation Mr. Beason was required to provide.  (*Id.* at PageID.43-44).

When Mr. Beason failed to timely comply with that Order, the undersigned panel issued another order on April 14, 2025, to show cause in writing why he should not be suspended from the practice of law in the Western District of Michigan.  (ECF No. 4).  On April 28, 2025, Mr. Beason timely responded (ECF No. 5), and the panel dismissed the show-cause order (ECF No. 8).

Mr. Beason also submitted on April 28 his purported response to the undersigned panel's March 6 Order. (ECF No. 6). This response is wholly inadequate, as it fails to respond to items 2 through 11 of the March 6 Order. Further, Mr. Beason failed to certify the accuracy of his written responses under the penalties of perjury, as required by the March 6 Order. (*See* ECF No. 2, PageID.45). Accordingly, on April 29, the undersigned panel issued an order requiring Mr. Beason to submit a proper response by May 13, 2025. (ECF No. 8). In that Order, the undersigned panel admonished Mr. Beason that "**Failure to timely comply with this Order will result in Mr. Beason's suspension for a period of at least six months, after which he may reapply for admission using the procedures in W.D. Mich. LGenR. 2.3(b)(v) as if upon termination of reciprocal discipline.**" (*Id.* at PageID.72) (emphasis in original).

Mr. Beason has failed to file any response to that Order, nor has he sought an extension of time to comply. Accordingly,

**IT IS ORDERED** that Attorney John Robert Beason, III, is hereby **SUSPENDED** from practice before the Western District of Michigan for a period of not less than six months.

**IT IS FURTHER ORDERED** that Mr. Beason is prohibited from filing any matter or appearing for any judicial proceeding in the Western District of Michigan during the pendency of his suspension.

**IT IS FURTHER ORDERED** that Mr. Beason shall notify all of his clients and opposing counsel in matters pending before this Court of his suspension no later than May 30, 2025.

**IT IS FURTHER ORDERED** that, should Mr. Beason reapply for admission to the Western District of Michigan (at any time after the six-month period of suspension), such application must include, in addition to the information or material otherwise required, a fully compliant response to the undersigned panel's orders of March 6, 2025 (ECF No. 2) and April 29, 2025 (ECF No. 8).

**IT IS SO ORDERED**.

Date: May 23, 2025  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

Date: May 23, 2025  /s/ Ray Kent
RAY KENT
United States Magistrate Judge

Date: May 23, 2025  /s/ Scott W. Dales
SCOTT W. DALES
Chief United States Bankruptcy Judge