UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:
ATTORNEY JOHN ROBERT BEASON, III    Administrative Order No. 1:25-AD-045

_____/

This matter was assigned to the undersigned three-judge panel to address serious allegations of professional and ethical misconduct on the part of Attorney John Robert Beason, III. (Admin. Order No. 25-AD-017). Consistent with the undersigned three-judge panel's decision of May 23, 2025 (Order of Suspension, Case No. 1:25-mc-0028, ECF No. 10), this panel hereby **SUSPENDS** Attorney John Robert Beason, III's, privileges to practice law before the United States District Court of the Western District of Michigan for a period not less than six months following the panel's decision. Any subsequent application for re-admission must comply with the provisions of the May 23 Order of Suspension.

**IT IS FURTHER ORDERED** that the Order of Suspension (Case No. 1:25-mc-0028, ECF No. 10) is hereby **UNSEALED**.

**IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this Administrative Order upon John Robert Beason, III, in accordance with the Court's usual procedure.

FOR THE COURT:

Date: June 2, 2025

PHILLIP J. GREEN
United States Magistrate Judge

Date: June 2, 2025

RAY KENT
United States Magistrate Judge

Date: June 2, 2025

SCOTT W. DALES
Chief United States Bankruptcy Judge